IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JONATHON WHEELER,<br>**Plaintiff** | : <br> : <br> : <br> : <br> : | No. 4:23-cv-0986 <br><br> (Judge Munley) |
| v. | : <br> : <br> : | |
| WARDEN NYE, *et al.*,<br>**Defendants** | : <br> : | |

## ORDER

**AND NOW**, to wit, this 4th day of April 2024, in accordance with the Court's memorandum issued this same day, it is hereby **ORDERED** that:

1. Plaintiff's civil action, seeking only injunctive relief, is **DISMISSED** as moot.

2. Defendants' motion to dismiss (Doc. 19) is **DISMISSED** as moot.

3. The Clerk of Court is directed to **CLOSE** this case.

4. Any appeal from this order will be deemed frivolous, without probable cause and not taken in good faith.

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Judge